UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **NATHAN ROWAN, individually on behalf of all others similarly situated,** <br><br> *Plaintiff* <br><br> v. <br><br> **AFFORDABLE CAR CURE, INC., NATIONAL CAR CURE, LLC, GUSTAV RENNY, and SUNPATH LTD.** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 20-cv-82168-Altman-Brannon |

## AFFIDAVIT OF SERVICE

I, Angela Lee, being duly sworn, state:

I am 18 years or older and not a party to this action. I reside at 1 Borealis , Smyrna , DE 19977.

I received the following documents on November 26, 2020 at 4:17 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon on Sunpath LTD in Kent County, DE on December 1, 2020 at 4:48 pm at 9 E Loockerman Street, Suite 311, Dover, DE 19901 by leaving the following documents with Christina Knight who as Intake Manager at Registered Agent Solutions, Inc. is authorized by appointment or by law to receive service of process for Sunpath LTD.

Summons Sunpath
Litigation Hold Letter
Complaint

Additional Description:
Served an employee of the registered agent authorized to accept pursuant to F.S. 48.062 (1).
Successfully served all documents

Black or African American Female, est. age 37, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=39.1593942996,-75.5201500088
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT. Notary not required pursuant to Florida Statute 92.525.

Executed in   Kent County  ,  DE   on     *Angela Lee*
   12/2/2020   .                          Signature
                                          Angela Lee
                                          (302) 265-0022
                                          1 Borealis , Smyrna , DE 19977

# Exhibit 1

Exhibit 1a)



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

A.L.
12-1-2020
4:48 PM

NATHAN ROWAN, individually on behalf of all others similarly situated,

*Plaintiff(s)*

v.

AFFORDABLE CAR CURE, INC., NATIONAL CAR CURE, LLC, GUSTAV RENNY, and SUNPATH LTD.

*Defendant(s)*

Civil Action No.
20-cv-82168-Altman/Brannon

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sunpath LTD
c/o Registered Agent Solutions, Inc.
9 E Loockerman Street, Suite 131
Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Avi R. Kaufman
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Nov 25, 2020

**SUMMONS**

s/ J. Adams

Deputy Clerk
U.S. District Courts