# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| **NATHAN ROWAN, individually on behalf of all others similarly situated,** ) ) ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 20-cv-82168-Altman/Brannon |
| **AFFORDABLE CAR CURE, INC., NATIONAL CAR CURE, LLC, GUSTAV RENNY, and SUNPATH LTD.** ) ) ) ) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Marian Forster, being duly sworn, state:

I am 18 years or older and not a party to this action. I reside at P.O. Box 15663, West Palm Beach, FL 33416. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on November 26, 2020 at 4:15 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon on National Car Cure, LLC in Palm Beach County, FL on November 30, 2020 at 2:33 pm at 1665 Palm Beach Lakes Blvd, West Palm Beach, FL 33401 by leaving the following documents with Gus Renny who as Office Manager at Registered Agent Law Firm at Zander Collins & Smith is authorized by appointment or by law to receive service of process for National Car Cure, LLC.

Summons National Car Cure
Litigation Hold Letter
Complaint

Additional Description:
by leaving the following documents with Gus Renny, Office Manager as an employee of the registered agent Pursuant to F.S. 48.081 (3)

White Male, est. age 45, glasses: N, Brown hair, 180 lbs to 200 lbs, 5' 9" to 6'.
Geolocation of Serve: http://maps.google.com/maps?q=26.7252251861,-80.0827996379

Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT. Notary not required pursuant to Florida Statute 92.525.

*Marian Forster*

Signature

Executed in   Palm Beach County  ,   FL   on

   11/30/2020   .

Marian Forster

SPS 1448 CPS 1621

(561) 809-3650

P.O. Box 15663, West Palm Beach, FL 33416

# **Exhibit 1**

Exhibit 1a)



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

| | |
|---|---|
| MF | |
| CPS 1621 | |
| 11/30/20 2:33 PM | |

NATHAN ROWAN, individually on behalf of all others
similarly situated,

)
)
)
)
)
_____
*Plaintiff(s)*
)
)
v.
)      Civil Action No.
)      20-cv-82168-Altman/Brannon
AFFORDABLE CAR CURE, INC., NATIONAL CAR
)
CURE, LLC, GUSTAV RENNY, and SUNPATH LTD.
)
)
_____
)
*Defendant(s)*
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   National Car Cure, LLC
c/o Zander Collins & Smith
1665 Palm Beach Lakes Blvd 215
West Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:
Avi R. Kaufman
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



**SUMMONS**

Date:   Nov 25, 2020
_____

Angela E. Noble
Clerk of Court

*s/ J. Adams*
_____
Deputy Clerk
U.S. District Courts