# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **NATHAN ROWAN** <br> *Plaintiff* <br><br> v. <br><br> **AFFORDABLE CAR CURE, INC. , ET. AL.** <br> *Defendant* | Civil Action No. 20-cv-82168 |

## AFFIDAVIT OF SERVICE

I, Charles Goldberg, being duly sworn, state:

I am 18 years or older and not a party to this action. I reside at 1303 Periwinkle Place, Wellington, FL 33414. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on November 26, 2020 at 4:13 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon on Gustav Renny in Palm Beach County, FL on November 30, 2020 at 10:39 am at 130 Greenwood Dr, West Palm Beach, FL 33405 by substituted service by leaving the documents at the usual place of abode of Gustav Renny with Amber Renny who is a permanent co-resident and the spouse of Gustav Renny and whose age is 15 years or older.

Summons Gustav Renny
Litigation Hold Letter
Complaint

Additional Description:
11/30/20 at 10:39am substitute service was made on Amber Renny.

White Female, est. age 45, glasses: N, Blonde hair, 100 lbs to 120 lbs, 5' 3" to 5' 6".
Geolocation of Serve: http://maps.google.com/maps?q=26.6820372132,-80.0498024491
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT. Notary not required pursuant to Florida Statute 92.525.

Executed in   Palm Beach County  ,   FL   on   11/30/2020  .

*Charles Goldberg*

Signature
Charles Goldberg
1624
(561) 317-1708
1303 Periwinkle Place, Wellington, FL 33414

# Exhibit 1

Exhibit 1a)

