**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-cv-82168-ALTMAN/Reinhart**

**NATHAN ROWAN,**

    *Plaintiff*,

v.

**AFFORDABLE CAR CURE, INC.**,
*et al.*,

    *Defendants*.

_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

The parties appeared at a hearing on July 7, 2021 [ECF No. 46]. For the reasons stated on the record, the Court hereby **ORDERS and ADJUDGES** as follows:

1. The Defendant's Motion to Dismiss [ECF No. 34] is **GRANTED in part and DENIED in part**.

2. The Amended Complaint [ECF No. 29] is **DISMISSED without prejudice**.

3. The Plaintiff is granted **LEAVE TO AMEND** and shall file an amended complaint by **July 21, 2021**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of July 2021.

 

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record