## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

NATHAN ROWAN, individually on behalf of all others similarly situated,

    Plaintiff,

v.

AFFORDABLE CAR CURE, INC., NATIONAL CAR CURE, LLC, GUSTAV RENNY, and SUNPATH LTD.,

    Defendants.

Case No.: 9:20-cv-82168

## NOTICE OF SETTLEMENT

Plaintiff, Nathan Rowan, and Defendants, Affordable Car Cure, Inc., National Car Cure, LLC, Gustav Renny and SunPath LTD. (collectively "Defendants"), by and through undersigned counsel, hereby notify the Court that the parties have reached a settlement in the above-captioned action and respectfully request thirty (30) days to finalize the settlement documents and to file a Stipulation of Dismissal.

Dated this 4th day of August, 2021.

| By: */s/ Avi R. Kaufman* | By: */s/ Jason S. Weiss* |
|---|---|
| Avi R. Kaufman | Jason S. Weiss |
| Florida Bar No. 84382 | Florida Bar No. 356890 |
| **KAUFMAN P.A.** | **WEISS LAW GROUP, P.A.** |
| 400 NW 26th Street | 5531 N. University Drive, Suite 103 |
| Miami, Florida 33127 | Coral Springs, FL 33067 |
| Tel: (305) 469-5881 | Tel: (954) 573-2800 |
| kaufman@kaufmanpa.com | Fax: (954) 573-2798 |
| rachel@kaufmanpa.com | Jason@jswlawyer.com |
| *Attorneys for Plaintiff and all others similarly situated* | *Attorneys for Defendants* |