**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-cv-82168-ALTMAN/Reinhart**

**NATHAN ROWAN,**

　　*Plaintiff,*

*v.*

**AFFORDABLE CAR CURE, INC.**, *et al.,*

　　*Defendants.*

_____/

**ORDER**

The parties filed a Notice of Settlement [ECF No. 27]. Accordingly, the Court hereby

**ORDERS and ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal by **September 4, 2021**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 4th day of August 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:　　counsel of record