# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **NATHAN ROWAN**, individually on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**AFFORDABLE CAR CURE, INC., NATIONAL CAR CURE, LLC**, **GUSTAV RENNY,** and **SUNPATH LTD.**,<br><br>    Defendants. | Case no. 9:20-cv-82168-RKA<br><br>**CLASS ACTION**<br><br>**JURY DEMAND** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Nathan Rowan gives notice of the voluntary dismissal of his individual claims against Defendants Affordable Car Cure, Inc., National Car Cure LLC, Gustav Renny, and SunPath Ltd. with prejudice and of putative class members' claims against Defendants without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: September 1, 2021

/s/ *Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Stefan Coleman (FL Bar no. 30188)
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

*Attorneys for Plaintiff and the Proposed Classes*